[No. 9210-7-II.   Division Two.   October 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CLYDE
SCHARPF, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 84-1-00261-6, David R. Draper, J., entered
October 8, 1985. *Affirmed* by unpublished opinion per
Morgan, J. Pro Tem., concurred in by Brachtenbach and
Soule, JJ. Pro Tem.

[No. 10029-1-II.   Division Two.   October 26, 1987.]

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 9111,
*Appellant,* v. RAY DAVIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 85-2-00221-1, Don L. McCulloch, J.,
entered June 19, 1986. *Reversed* by unpublished opinion
per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 9965-9-II.   Division Two.   October 26, 1987.]

BAY CITIES CONSTRUCTION, INC., *Respondent,* v. CANADIAN
IMPERIAL BANK OF COMMERCE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84-2-05362-9, Donald H. Thompson, J.,
entered April 7, 1986. *Affirmed in part, reversed in part,*
and *remanded* by unpublished opinion per Reed, C.J., con-
curred in by Worswick and Alexander, JJ.

[Nos. 16987-4-I; 16988-2-I;   Division One.        October 26, 1987.]
    16989-1-I; 17026-1-I.

THE STATE OF WASHINGTON, *Respondent,* v. M.,
*Appellant.*

Appeals from judgments of the Superior Court for King
County, Nos. 85-1-00056-7, 85-1-00269-1, 85-1-00232-2,
83-1-02590-3, Faith Enyeart, J., entered August 15, 1985.

*Affirmed* by unpublished opinion per Webster, J., concurred in by Pekelis and Munson, JJ.

[No. 10228-5-II. Division Two. October 27, 1987.]

UNITED BANK, *Respondent,* v. PETER KRAM, ET AL, *Appellants,* MICHAEL D. FULTZ, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-01410-7, John M. Darrah, J., entered August 1, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 10442-3-II. Division Two. October 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN BRADLEY NEAL, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86-1-00159-3, Frank E. Baker, J. Pro Tem., entered September 26, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 10404-1-II. Division Two. October 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. HUBERT EARL GRAHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-1-00456-6, J. Kelley Arnold, J., entered September 15, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.